Name & Address:
Michael A. Gregg, Esq. (SBN 205524)
Littler Mendelson, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dimitrios P. Biller, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 09 5429-CAS (JEMx) |
| v. | |
| Toyota Motor Corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Toyota Motor Sales, U.S.A., Inc.'s Ex Parte Application to seal Plaintiffs' Complaint; Memorandum of Points & Authorities in Support of its Ex Parte Application to Seal Plaintiffs' Complaint; Declaration of Michael A. Gregg; Declaration of Alan B. Carlson; Notice of Related Cases; Notice of Interested Parties; [Proposed] Order Granting Toyota Motor Sales, U.S.A., Inc.'s Ex Parte Application to Seal Plaintiffs' Complaint; Proof of Service.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other Ex Parte Application to Seal Plaintiffs' Complaint

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

July 28, 2009
Date

Attorney Name
Michael A. Gregg, Esq.
Party Represented
Toyota Motor Sales, U.S.A., Inc.

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com