ALAN B. CARLSON, Bar No. 055090
acarlson@littler.com
FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
MICHAEL A. GREGG, Bar No. 205524
mgregg@littler.com
LITTLER MENDELSON
A Professional Corporation
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dimitrios P. Biller; Litigation Discovery & Trial Consulting, Inc., a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>Toyota Motor Corporation; Toyota Motor Sales, U.S.A., Inc.; Christopher Reynolds; Jane Howard Martin; Eric Taira; Dian Ogilvie; Alicia McAndrews,<br><br>Defendants. | Case No. CV 09-5429-CAS (JEMx)<br><br>**TOYOTA MOTOR SALES, U.S.A. INC.'S *EX PARTE* APPLICATION TO SEAL PLAINTIFFS' COMPLAINT**<br><br>[Local Rule 79-5]<br><br>Hearing Date: TBD<br>Time: TBD |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:91208696.1 013186.1090

1  PLEASE TAKE NOTICE that TOYOTA MOTOR SALES, U.S.A., INC. ("TMS") hereby makes this *ex parte* application to seal the Complaint filed in the instant action on July 24, 2009, *Dimitrios P. Biller et al v. Toyota Motor Corporation, et al*, CV 09-5429-CAS (JEMx). TMS requests that the Complaint and all exhibits attached to the Complaint be placed under seal as it contains confidential and/or privileged information. TMS' *ex parte* application is made pursuant to Central District Local Rule 79-5.1. Rule 79-5.1 provides:

> Except when authorized by statute or federal rule, or the Judicial Conference of the United States, no case or document shall be filed under seal without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal. The proposed order shall address both the sealing of the application and order itself, if appropriate. The original and judge's copy of the document shall be sealed in separate envelopes with a copy of the title page attached to the front of each envelope. Conformed copies need not be placed in sealed envelopes. Where under-seal filings are authorized by statute or rule, the authority therefor shall appear on the title page of the proposed filing. Applications and Orders to Seal, along with the material to be placed under seal, shall not be electronically filed but shall be filed manually in the manner prescribed by Local Rule 79-5. A Notice of Manual Filing shall also be electronically filed identifying materials being manually filed.

Pursuant to Local Rule 79-5.1, TMS respectfully requests that the Complaint be placed under seal as doing so will protect the confidential and/or privileged information of TMS and will result in no burden to the Plaintiffs in the action nor to the public at large. The Complaint sought to be sealed was improperly filed by Plaintiffs in this action.

This Application is based upon this *ex parte* Application, the accompanying Memorandum of Points and Authorities, the Declaration of Alan B. Carlson and exhibits attached thereto, the Declaration of Michael A. Gregg, and the pleadings, records and files in this case.

Counsel for TMS provided counsel for Plaintiffs with adequate verbal and written notice on July 27, 2009, of TMS's intent to file this *ex parte* Application as set

2.

Firmwide:91208696.1 013186.1090

forth in the Declaration of Michael A. Gregg. Counsel for Plaintiffs indicated that Plaintiffs intend to oppose the Application to seal the Complaint.

Good cause exists to grant this Application. The Los Angeles Superior Court issued a Temporary Restraining Order ("TRO"), which remains effective, in *Toyota Motor Sales, U.S.A., Inc. v. Dimitrios P. Biller*, not to disclose, directly or indirectly, confidential communications, documents, materials or information, written or verbal, or any such communications, documents, materials or information protected by California Business and Professions Code section 6068(e)(1) and/or the attorney-client privilege, regarding the business affairs of TMS and/or companies affiliated with it, knowledge of which Plaintiff Dimitrios P. Biller gained through his employment as an attorney employed by, or his legal representation of, TMS. The Complaint filed in this instant action, as well as the exhibits attached thereto, include confidential and/or privileged information that could, if disclosed, cause injury to TMS.

It is essential that the documents and information at issue be placed under seal. TMS has not consented to the public disclosure of its confidential and privileged information, and the potential harm to TMS through public disclosure of the information that is the subject of this *ex parte* Application outweighs any right that the public may have in the disclosure of the information.

Good cause being shown, TMS respectfully requests that its *Ex Parte* Application to Seal Plaintiffs' Complaint be granted in its entirety.

Dated: July 27, 2009

MICHAEL A. GREGG
LITTLER MENDELSON
A Professional Corporation
Attorneys for
TOYOTA MOTOR SALES, U.S.A., INC.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

3.

Firmwide:91208696.1 013186.1090