1  ALAN B. CARLSON, Bar No. 055090
   acarlson@littler.com
2  FERMIN H. LLAGUNO, Bar No. 185222
   fllaguno@littler.com
3  MICHAEL A. GREGG, Bar No. 205524
   mgregg@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  2050 Main Street, Suite 900
   Irvine, CA 92614
6  Telephone: 949.705.3000
   Facsimile: 949.724.1201
7
8  Attorneys for
   TOYOTA MOTOR SALES, U.S.A., INC.
9

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA

12  Dimitrios P. Biller; Litigation            Case No. CV 09-5429-CAS (JEMx)
    Discovery & Trial Consulting, Inc., a
13  California corporation;                    **DECLARATION OF MICHAEL A.
                                               GREGG IN SUPPORT OF TOYOTA
14              Plaintiffs,                    MOTOR SALES, U.S.A. INC.'S
                                               MEMORANDUM OF POINTS AND
15       v.                                    AUTHORITIES IN SUPPORT OF
                                               ITS *EX PARTE* APPLICATION TO
16  Toyota Motor Corporation; Toyota           SEAL PLAINTIFFS' COMPLAINT**
    Motor Sales, U.S.A., Inc.; Christopher
17  Reynolds; Jane Howard Martin; Eric         [Local Rule 79-5]
    Taira; Dian Ogilvie; Alicia
18  McAndrews,
19              Defendants.
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998.4150

Firmwide:91223484.1 013186.1090

## DECLARATION OF MICHAEL A. GREGG

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, attorneys for Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS"). I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called to testify, could and would competently testify thereto.

2. On the morning of July 27, 2009, I contacted Jeffrey F. Allen, counsel for Plaintiffs in the above-referenced action, and informed him of TMS' position and its intention to file an *ex parte* Application asking the Court to seal the Complaint filed in this action by Plaintiffs on July 24, 2009, on the grounds that the Complaint contains TMS' confidential and privileged information. Shortly thereafter, Mr. Allen contacted me at approximately 10:10 a.m. and advised me that he had spoken with his client and that Plaintiffs would oppose the Application to seal the Complaint. Following our discussions, I also provided written notice to Mr. Allen confirming our discussions and TMS' intention to file an *ex parte* Application asking the Court to seal the Complaint filed by Plaintiffs.

7. Jeffrey F. Allen's complete contact information is Jeffrey F. Allen, Esq., Allen + Wohrle, LLP, 2800 28th Street, Suite 321, Santa Monica, CA 90405. telephone 310.392.3355, facsimile 310.392.8059 and e-mail, jallen@allenwohrle.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Firmwide:91223484.1 013186.1090

2.

1  Executed this 27th day of July, 2009, in Irvine, County of Orange, and State of
2  California.

                                    _____
                                    MICHAEL A. GREGG

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:91223484.1 013186.1090                 3.