ALAN B. CARLSON, Bar No. 055090
acarlson@littler.com
FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
MICHAEL A. GREGG, Bar No. 205524
mgregg@littler.com
LITTLER MENDELSON
A Professional Corporation
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for
TOYOTA MOTOR SALES, U.S.A., INC.

**DENIED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dimitrios P. Biller; Litigation Discovery & Trial Consulting, Inc., a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>Toyota Motor Corporation; Toyota Motor Sales, U.S.A., Inc.; Christopher Reynolds; Jane Howard Martin; Eric Taira; Dian Ogilvie; Alicia McAndrews,<br><br>Defendants. | Case No. CV 09-5429-CAS (JEMx)<br><br>[PROPOSED] ORDER GRANTING TOYOTA MOTOR SALES, U.S.A. INC.'S *EX PARTE* APPLICATION TO SEAL PLAINTIFFS' COMPLAINT<br><br>[Local Rule 79-5]<br><br>Hearing Date: TBD<br>Time: TBD |

LODGED

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando 15th Floor
San Jose CA 95113 2303
408 998 4150

Firmwide:91208695.1 013186.1090

1   Pursuant to Local Rule 79-5.1, and good cause appearing therefore, Toyota
2   Motor Sales, U.S.A., Inc.'s ("TMS") *Ex Parte* Application To Seal Plaintiffs'
3   Compliant is hereby GRANTED.
4   IT IS HEREBY ORDERED that TMS's Application is approved and the Clerk
5   of the Court is directed to file under seal the entire Compliant and attached exhibits
6   filed in this action on July 24, 2009, by Plaintiffs Dimitrios P. Biller and Litigation
7   Discovery & Trial Consulting, Inc.

IT IS SO ORDERED.

JUL 29 2009

**DENIED**

HON. CHRISTINA A. SNYDER
JUDGE OF THE U.S. DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W San Fernando 15th Floor
San Jose CA 95113 2303
408 998 4150

Firmwide:91208695.1 013186.1090

2.