ALAN B. CARLSON, Bar No. 055090
acarlson@littler.com
FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
LITTLER MENDELSON
A Professional Corporation
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201
E-mail: fllaguno@littler.com

Attorneys for
DIAN OGILVIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; CHRISTOPHER REYNOLDS; JANE HOWARD MARTIN; ERIC TAIRA; DIAN OGILVIE; ALICIA McANDREWS;<br><br>Defendants. | Case No. CV 09-5429-GHK (RZx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: July 31, 2009<br>Current Response Date: August 30, 2009<br>New Response Date: September 8, 2009 |

Pursuant to Civil Local Rule 8-3 of the United States District Court, Central District of California, Defendant Dian Ogilvie and Plaintiffs Dimitrios P. Biller and Litigation Discovery & Trial Consulting, Inc., by and through their respective counsel of record, hereby stipulate to extend Dian Ogilvie's time within which to respond to the Complaint in this matter by nineteen (19) days.

/ / /

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949 705 3000

Firmwide:91537304.1 013186.1090      Case No. CV 09-05429-GHK (RZx)

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  The new deadline for Dian Ogilvie to file an answer or otherwise respond
2  to the Complaint is September 8, 2009.
3  　　　　IT IS SO STIPULATED.

Dated:   August 14, 2009          LITTLER MENDELSON,
                                  A Professional Corporation

                                  By _____
                                  Alan B. Carlson
                                  Attorneys for Defendant
                                  Dian Ogilvie


Dated:   August 14, 2009          ALLEN & WOHRLE, LLP

                                  By _____
                                  Jeffrey F. Allen
                                  Attorneys for Plaintiffs
                                  Dimitrios P. Biller and Litigation
                                  Discovery & Trial Consulting, Inc.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:91537304.1 013186.1090     2.     Case No. CV 09-05429-GHK (RZx))
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT