1  ALAN B. CARLSON, Bar No. 055090
   acarlson@littler.com
2  FERMIN H. LLAGUNO, Bar No. 185222
   fllaguno@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2050 Main Street
   Suite 900
5  Irvine, CA 92614
   Telephone: 949.705.3000
6  Fax No.: 949.724.1201

7  Attorneys for Defendants
   TOYOTA MOTOR SALES, U.S.A., INC.
8  and DIAN OGILVIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; CHRISTOPHER REYNOLDS; JANE HOWARD MARTIN; ERIC TAIRA; DIAN OGILVIE; ALICIA McANDREWS;<br><br>Defendants. | Case No. CV-09-5429 GHK (RZx)<br><br>HON. GEORGE H. KING<br><br>Magistrate Judge Ralph Zarefsky<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Complaint Filed: July 24, 2009 |

Firmwide:91783654.1 013186.1090

NOTICE OF ASSOCIATION OF COUNSEL

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Littler Mendelson, A Professional Corporation, counsel of record for defendants Toyota Motor Sales, U.S.A., Inc. and Dian Ogilvie (collectively "Defendants"), hereby associates David L. Schrader and Christina L. Sein of the law firm Morgan, Lewis & Bockius LLP, as co-counsel for Defendants in this matter. The office addresses, telephone numbers, and e-mail addresses of Mr. Schrader and Ms. Sein are as follows:

> David L. Schrader, State Bar No. 149638
> dschrader@morganlewis.com
> Christina L. Sein, State Bar No. 229094
> csein@morganlewis.com
> MORGAN, LEWIS & BOCKIUS LLP
> 300 South Grand Avenue
> Twenty-Second Floor
> Los Angeles, CA 90071-3132
> Tel: 213.612.2500
> Fax: 213.612.2501

Dated: August 31, 2009

FERMIN H. LLAGUNO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
TOYOTA MOTOR SALES, U.S.A., INC. and DIAN OGILVIE