```
 1  MORGAN, LEWIS & BOCKIUS LLP
    DAVID L. SCHRADER, State Bar No. 149638
 2     dschrader@morganlewis.com
    CHRISTINA L. SEIN, State Bar No. 229094
 3     csein@morganlewis.com
    300 South Grand Avenue
 4  Twenty-Second Floor
    Los Angeles, CA  90071-3132
 5  Tel:  213.612.2500
    Fax:  213.612.2501
 6
    Attorneys for Defendant
 7  TOYOTA MOTOR SALES, U.S.A., INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>Defendants. | Case No. CV-09-5429 GHK (RZx)<br><br>HON. GEORGE H. KING<br><br>Magistrate Judge Ralph Zarefsky<br><br>**DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO MOTION TO SEAL THE COMPLAINT AND ITS EXHIBITS**<br><br>[Filed Concurrently with Reply In Support of Motion to Seal]<br><br>Date:      September 14, 2009<br>Time:     9:30 am<br>Ctrm:     650<br><br>Complaint Filed:    July 24, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In accordance with Federal Rule of Evidence 201, defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") respectfully requests that this Court take judicial notice of each of the exhibits accompanying this Request for Judicial Notice in support of its Reply In Support of its Motion to Seal, filed herewith.

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). This includes taking judicial notice of legal proceedings and public records related to legal proceedings in federal and state courts. *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F. 2d 244, 248 (9th Cir. 1992); *Rose v. Beverly Health and Rehab. Servs., Inc.*, 356 B.R. 18, 23 (E.D. Cal. 2006). Because the fact that certain filings have been made in other proceedings is relevant to the issues addressed in the Motion to Seal, the Court should take notice of the following:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Table of Contents of Biller's Memorandum of Points and Authorities in support of his Motion to Reverse the TRO in *Toyota Motor Sales, U.S.A., Inc. v. Biller*, California Superior Court, Los Angeles County, Case No. SC100501.

2. Attached hereto as Exhibit 2 is a true and correct copy of the July 9, 2009 Civil Minutes from *Biller vs. Los Angeles County*, United States District Court, Central District, Case No. CV09-3079 GHK (RZx) ("*Biller v. LADA*").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3. Attached hereto as Exhibit 3 is a true and correct copy of the Request for Judicial Notice in *Stewart v. Toyota Motor North America, Inc.*, California Superior Court, Los Angeles County, Case No. BC407415, which attaches the Biller Complaint as exhibit A. TMS attaches only the Request for Judicial Notice without the exhibit because it does not want to republish Biller's Complaint.

Dated: September 4, 2009         MORGAN, LEWIS & BOCKIUS LLP


By /s/ David L. Schrader
Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.