E-FILED 09-08-09

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., CHRISTOPHER REYNOLDS, JANE HOWARD MARTIN, ERIC TAIRA, DIAN OGILVIE, ALICIA McANDREWS,<br><br>Defendants. | Case No. CV09-05429 GHK (RZx)<br><br>Assigned to: Honorable George H. King<br><br>**[PROPOSED] ORDER STAYING ALL DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PENDING RULING ON MOTION TO SEAL**<br><br>**[Filed concurrently with Stipulation to Stay all Defendants' Time to Answer or Otherwise Respond to Plaintiffs' Complaint]**<br><br>Complaint Served: July 31, 2009<br>Current Response Date**:** September 8, 2009 |

# ORDER

The Court having considered the foregoing stipulation filed by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that

1. The time for all Defendants to answer or otherwise respond to Plaintiffs' Complaint is stayed pending hearing of Toyota Motor Sales, U.S.A., Inc.'s Motion to Seal the Complaint.
2. All Defendants shall respond within fourteen (14) days after the Court rules on the pending Motion to Seal, or such date as the Court may direct in the ruling on the Motion to Seal, whichever occurs first.

IT IS SO ORDERED.

Dated: 9/8/09

By_____
United States District Judge
Hon. George H. King