MORGAN, LEWIS & BOCKIUS LLP
DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
CHRISTINA L. SEIN, State Bar No. 229094
csein@morganlewis.com
GEORGIA SCHNEIDER, State Bar No. 251358
gschneider@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendants
Toyota Motor Corporation, Toyota Motor Sales,
U.S.A., Inc., Christopher Reynolds, Jane Howard-
Martin, Eric Taira, Dian Ogilvie and Alicia
McAndrews

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TOYOTA MOTOR CORPORATION, et al.<br><br>                    Defendants. | Case No. CV09-05429 GHK (RZx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>[Memorandum of Points and Authorities; Request For Judicial Notice; Declaration of Christina L. Sein; and [Proposed] Order Filed Concurrently Herewith.]<br><br>Assigned to:  Honorable George H. King<br><br>Date:          November 9, 2009<br>Time:          9:30 a.m.<br>Location:     Dept. 650<br><br>Complaint Filed:          July 24, 2009<br>First Am. Compl. Filed:  Sept. 17, 2009 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21359318.1

NOTICE OF MOTION AND MOTION TO
COMPEL ARBITRATION

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 9, 2009 at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 650 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, defendants Toyota Motor Corporation ("TMC"), Toyota Motor Sales, U.S.A., Inc. ("TMS"), Christopher Reynolds, Jane Howard-Martin, Eric Taira, Dian Ogilvie and Alicia McAndrews (collectively "Defendants") will, and hereby do, move the Court for an Order compelling arbitration of any claims asserted by plaintiffs Dimitrios P. Biller ("Biller") and Litigation Discovery & Trial Consulting, Inc. ("LDT Consulting") (collectively "Plaintiffs") remaining in this Court after ruling on Defendants' Motion to Dismiss, and staying the litigation pending arbitration.

Plaintiffs have asserted four claims for relief, each involving Biller's employment with TMS and a severance agreement entered into by Biller and TMS. This severance agreement, which is attached to Plaintiffs' First Amended Complaint ("FAC"), contains a broad arbitration provision.  Specifically, the arbitration provision provides that arbitration is the exclusive remedy for any claims arising before or after execution of the severance agreement "that in any way relate to the subject matter, interpretation, application, or alleged breach of [the] Agreement."  [Severance Agreement ¶ 6.1, attached to FAC as Ex. 2.]

This motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, the concurrently filed Declaration of Christina L. Sein, the pleadings and records on file herein and on such other and further argument and evidence as may be presented at the time for the hearing, and all matters of which this Court may take judicial notice.

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21359318.1                    1                    NOTICE OF MOTION AND MOTION TO
                                                      COMPEL ARBITRATION

1         This motion is made following the conference of counsel pursuant to Local

2    Rule 7-3, which took place on August 10, 2009.

3

4    Dated:     October 5, 2009                    MORGAN, LEWIS & BOCKIUS LLP

5

6

7    By _____/s/_____

8                 David L. Schrader
                  Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21359318.1                          2                    NOTICE OF MOTION AND MOTION TO
                                                            COMPEL ARBITRATION