# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, et. al.,<br><br>Defendants. | Case No. CV-09-5429 GHK (RZx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Christina L. Sein; and Request for Judicial Notice Filed Concurrently Herewith.]<br><br>Assigned to: Hon. George H. King<br><br>Date: November 9, 2009<br>Time: 9:30 a.m.<br>Location: Dept. 650<br><br>Complaint Filed: July 24, 2009<br>First Am. Compl. Filed: Sept. 17, 2009 |

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

DB2/21364526.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION

1  The Motion brought by defendants Toyota Motor Corporation, Toyota Motor
2  Sales, U.S.A., Inc., Christopher Reynolds, Jane Howard-Martin, Eric Taira, Dian
3  Ogilvie and Alicia McAndrews (collectively "Defendants") to Compel Arbitration,
4  came on regularly for hearing before the Honorable George H. King on November
5  9, 2009 at 9:30 a.m. in Courtroom 650 of the above-captioned Court.
6  After consideration of the papers and arguments in support of and in
7  opposition to the Motion, and good cause appearing therefore, IT IS HEREBY
8  ORDERED that:
9  Defendants' Motion is GRANTED.
10  For the reasons set forth in Defendants' Motion, the parties are compelled to
11  arbitration.
12  This case is hereby stayed pending arbitration of this action.
13  IT IS SO ORDERED.
14
15  DATED: _____   _____
16                            The Honorable George H. King
                              UNITED STATES DISTRICT COURT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28