JOSEPH P. WOHRLE, ESQ. (State Bar No. 143550)
JEFFREY F. ALLEN, ESQ. (State Bar No. 204042)
IGNACIO ZARAGOZA, ESQ. (State Bar No. 250213)
ALLEN + WOHRLE, LLP
2800 28th Street, Suite 321
Santa Monica, CA 90405
Telephone: (310) 392-3355
Facsimile: (310) 392-8059
jwohrle@allenwohrle.com
jallen@allenwohrle.com

DIMITRIOS P. BILLER, ESQ. (State Bar No. 142730)
906 Kagawa Street
Pacific Palisades, CA 90272
Telephone: (310) 459-9870
Facsimile: (310) 459-9879
biller_ldtconsulting@verizon.net

Attorneys for Plaintiffs,
DIMITRIOS P. BILLER; and LITIGATION DISCOVERY & TRIAL
CONSULTING, INC., a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; CHRISTOPHER REYNOLDS; JANE HOWARD MARTIN; ERIC TAIRA; DIAN OGILVIE; ALICIA McANDREWS,<br><br>Defendants. | Case No.: CV09-5429-GHK (RZx)<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>BEFORE THE HONORABLE GEORGE H. KING<br><br>Date:     November 9, 2009<br>Time:     9:30 A.M.<br>Place:    Courtroom 650<br><br>[OPPOSITION AND EVIDENTIARY OBJECTIONS SUBMITTED SEPARATELY AND CONCURRENTLY HEREWITH] |

1

1 Plaintiffs, DIMITRIOS P. BILLER ("Biller"), and LITIGATION DISCOVERY & TRIAL CONSULTING, INC. ("LDT"), each respectfully submit this Request for Judicial Notice, as follows:

Pursuant to *Federal Rules of Evidence*, Rule 201, Plaintiffs each respectfully request that the Court take judicial notice of each of the exhibits attached hereto in support of their opposition to Defendants' Motion to Compel Arbitration.

Under *Federal Rules of Evidence*, Rule 201(b)(2), the Court may take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." This includes facts related to proceedings in federal and state courts, *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992). Thus, the Court is respectfully requested to take notice of each of the following:

1. Reporter's Transcript of Proceedings of September 25, 2009 in *Toyota Motor Sales U.S.A., et al. v. Dimitrios P. Biller*, Los Angeles Superior Court Case No. SC 100501 (especially p. 11, lines 1-5 and 14-16) (Opposition, Ex. "C");

2. Temporary Restraining Order issued on September 30, 2009 by Hon. T.J. Ward, District Judge for the U.S. District Court for the Eastern Division of Texas (Marshall Division), in *Lopez, et al. v. Toyota, etc., et al.*, Case No. 2:09-CV-292 (Opposition, Ex. "D");

3. Order issued on October 14, 2009 by Hon. T.J. Ward, District Judge for the U.S. District Court for the Eastern Division of Texas (Marshall Division), in *Lopez, et al. v. Toyota, etc., et al.*, Case No. 2:09-CV-292 (Opposition, Ex. "D"); and

4. Order issued on October 14, 2009 by Hon. T.J. Ward, District Judge for the U.S. District Court for the Eastern Division of Texas (Marshall

Division), in *Lopez, et al. v. Toyota, etc., et al.*, Case No. 2:09-CV-292 (Opposition, Ex. "D").

      Each of the foregoing documents are authenticated in the declaration of the undersigned counsel contained in Plaintiffs' opposition to the above-noted motion. Such documents are attached to Plaintiffs' opposition and incorporated herein by this reference.

Dated: October 26, 2009

ALLEN + WOHRLE, LLP
JOSEPH P. WOHRLE
JEFFREY F. ALLEN
IGNACIO ZARAGOZA

By: _____
JEFFREY F. ALLEN
Attorneys for Plaintiffs, DIMITRIOS P. BILLER; and LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation

C:\Shared Data Store\Data\Biller\v. TMS\Pleadings\jw09-p-RJN re opp to arb motion (10-19).wpd

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION