DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
CHRISTINA L. SEIN, State Bar No. 229094
csein@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Christopher Reynolds, Jane Howard-Martin, Eric Taira, Dian Ogilvie, and Alicia McAndrews

JOSEPH P. WOHRLE, State Bar No. 143550
jwohrle@allenwohrle.com
JEFFREY F. ALLEN, State Bar No. 204042
jallen@allenwohrle.com
ALLEN & WOHRLE, LLP
2800 28th Street, Suite 321
Santa Monica, CA 90405
Tel: 310.392.3355
Fax: 310.392.8059

Attorneys for Plaintiffs
Dimitrios P. Biller and Litigation Discovery & Trial Consulting, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION et al.,<br><br>Defendants. | Case No. CV09-05429 GHK (RZx)<br><br>Assigned to: Honorable George H. King<br><br>**JOINT STATEMENT OF PARTIES IN RESPONSE TO OCTOBER 21, 2009 ORDER REGARDING POTENTIAL RECUSAL**<br><br>Complaint Filed:   July 24, 2009<br>First Am. Compl. Filed:  Sept. 17, 2009 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21399521.1

JOINT STATEMENT OF PARTIES IN
RESPONSE TO OCTOBER 21, 2009 ORDER
REGARDING POTENTIAL RECUSAL

All parties in this matter, by and through their counsel of record, submit the following joint statement:

On October 21, 2009, the Court issued a minute order, which disclosed that Judge King owns a 2009 Toyota Camry XLE. The parties appreciate the Court's disclosure and do <u>not</u> believe it gives rise to any grounds for recusal.

Dated:   October 30, 2009    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ David L. Schrader
    David L. Schrader
    Attorneys for Defendants
    Toyota Motor Corporation, Toyota Motor
    Sales, U.S.A., Inc., Christopher Reynolds,
    Jane Howard-Martin, Eric Taira, Dian
    Ogilvie, Alicia McAndrews

Dated:   October 30, 2009    ALLEN & WOHRLE, LLP

By  _____
    Jeffrey F. Allen
    Attorneys for Plaintiffs
    Dimitrios P. Biller and Litigation
    Discovery & Trial Consulting, Inc.