MORGAN, LEWIS & BOCKIUS LLP
DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
CHRISTINA L. SEIN, State Bar No. 229094
csein@morganlewis.com
GEORGIA SCHNEIDER, State Bar No. 251358
gschneider@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Christopher Reynolds, Jane Howard-Martin, Eric Taira, Dian Ogilvie and Alicia McAndrews

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TOYOTA MOTOR CORPORATION, et al., <br><br> Defendants. | Case No. CV-09-5429 GHK (RZx) <br><br> **DECLARATION OF ALAN B. CARLSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** <br><br> [Reply in support of Motion to Compel Arbitration and Response to Plaintiffs' Evidentiary Objections filed concurrently herewith.] <br><br> Assigned to: Honorable George H. King <br><br> Date: November 9, 2009 <br> Time: 9:30 am <br> Location: Dept. 650 <br><br> Complaint Filed:    July 24, 2009 <br> First Am. Compl. Filed: Sept. 17, 2009 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21404152.1

DECLARATION OF ALAN B. CARLSON
ISO DEFENDANTS' REPLY ISO MOTION
TO COMPEL ARBITRATION

## DECLARATION OF ALAN B. CARLSON

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Toyota Motor Sales, U.S.A., Inc. ("TMS") in *Toyota Motor Sales, U.S.A., Inc. v. Biller*, Los Angeles County Superior Court, West District, Case No. SC100501 ("*TMS v. Biller*"). I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called to testify, I would and could provide evidence establishing such facts.

2. Relevant to the pending Motion To Compel Arbitration in the above captioned matter, attached hereto as **Exhibit 1** is a true and correct copy of portions of the December 28, 2008 Declaration of Dimitrios P. Biller ("Biller") in Support of Defendant's Opposition to Plaintiff's Motion to Compel Arbitration filed in *TMS v. Biller*. Consistent with the position and the application of TMS to seal portions of the declaration in *TMS v. Biller*, not granted by the court therein, Exhibit 1 has been redacted consistent with that request. The redaction is not relevant to the aforementioned motion.

3. Relevant to the pending Motion To Compel Arbitration in the above captioned matter, attached hereto as **Exhibit 2** is a true and correct copy of portions the June 2008 Settlement Agreement between TMS and Biller, which Biller filed as Exhibit 10 to his December 28, 2008 Declaration in Support of Defendant's Opposition to Plaintiff's Motion to Compel Arbitration. Consistent with the position and the application of TMS to seal the Settlement Agreement in *TMS v. Biller*, not granted by the court therein, Exhibit 2 has been redacted so as to disclose only that portion of the Settlement Agreement relevant to the pending motion. The redaction is not relevant to the aforementioned motion.

4. Relevant to the pending Motion To Compel Arbitration in the above captioned matter, attached hereto as **Exhibit 3** is a true and correct copy of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21404152.1

2

DECLARATION OF ALAN B. CARLSON
ISO DEFENDANTS' REPLY ISO MOTION
TO COMPEL ARBITRATION

1 | Table of Contents of Biller's Memorandum of Points and Authorities in support of
2 | his Motion for an Order Reversing the Stipulated TRO filed in *TMS v. Biller*.
3 |     I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed November 2, 2009, at San Jose, California.

                                            */s/ Alan B. Carlson*
                                                Alan B. Carlson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21404152.1     3     DECLARATION OF ALAN B. CARLSON
ISO DEFENDANTS' REPLY ISO MOTION
TO COMPEL ARBITRATION