MORGAN, LEWIS & BOCKIUS LLP
DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
CHRISTINA L. SEIN, State Bar No. 229094
csein@morganlewis.com
GEORGIA SCHNEIDER, State Bar No. 251358
gschneider@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendants
Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Christopher Reynolds, Jane Howard-Martin, Eric Taira, Dian Ogilvie and Alicia McAndrews

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER; LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>Defendants. | Case No. CV-09-5429 GHK (RZx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Notice of Motion; Memorandum of Points and Authorities; Declaration of David L. Schrader; Declaration of Alan B. Carlson; Request for Judicial Notice; and [Proposed] Preliminary Injunction Filed Concurrently Herewith.]<br><br>Assigned to:  Honorable George H. King<br><br>Date:         November 23, 2009<br>Time:        9:30 a.m.<br>Location:   Dept. 650<br><br>Complaint Filed:       July 24, 2009<br>First Am. Cmpl. Filed:  Sept. 17, 2009 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21407429.1

REQUEST FOR JUDICIAL NOTICE ISO
TMS'S MTN FOR PRELIM. INJ.

Pursuant to Federal Rule of Evidence 201, defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") respectfully requests that this Court take judicial notice of certain state and federal court records and filings. *See* Fed. R. Evid. 201(b); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F. 2d 244, 248 (9th Cir. 1992); *Rose v. Beverly Health and Rehab. Servs., Inc.*, 356 B.R. 18, 23 (E.D. Cal. 2006). Specifically, TMS requests that the Court take judicial notice of the following:

1. From *Toyota Motor Sales, U.S.A., Inc. v. Biller*, California Superior Court, Los Angeles County, Case No. SC100501:
   - Plaintiff's Complaint (November 7, 2008);
   - Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (November 7, 2008);
   - Reporter's Transcript of Proceedings, September 25, 2009;
   - Minute Order dated September 25, 2009;
   - TMS's Notice of Ruling (September 29, 2009); and
   - Order re Preliminary Injunction dated October 9, 2009.[1]

2. From *Bella Basco, et al. v. Toyota Motor Corporation, et al.*, U.S. District Court for the Central District of California, Case No. CV-09-06307 ("*Basco*"):
   - Plaintiff's Complaint (August 28, 2009).[2]

3. From *Ronald Lewis Cole, et al. v. Toyota Motor Corporation, et al.*, U.S. District Court for the Eastern District of Texas, Case No. 2:09-CV-00268 ("*Cole*"):
   - Plaintiff's Complaint (September 8, 2009).[3]

---

[1] True and correct copies of these records are attached, respectively, as Exhibits B-G of the Declaration of Alan B. Carlson filed concurrently herewith.

[2] A true and correct copy of this filing is attached as Exhibit A to the Declaration of David L. Schrader filed concurrently herewith ("Schrader Declaration").

4. From *Raul Lopez, et al. v. Toyota Motor Corporation, et al.*, U.S. District Court for the Eastern District of Texas, Case No. 2:09-CV-292 ("*Lopez*"):

- Plaintiff's Complaint (September 25, 2009);
- Order re Biller Documents dated October 14, 2009.[4]

5. From *Stewart v. Toyota Motor North America, Inc.*, California Superior Court, Los Angeles County, Case No. BC407415:

- Plaintiff's Request for Judicial Notice.[5]

6. From *Biller v. Los Angeles County, et al.,* U.S. District Court, Central District of California, Case No. 2:09-cv-03079-GHK-RZ:

- Plaintiff's Complaint.[6]

Dated: November __, 2009                MORGAN, LEWIS & BOCKIUS LLP


By /s/ David L. Schrader
David L. Schrader
Attorneys for Defendants

---

[3] A true and correct copy of this filing is attached as Exhibit B to the Schrader Declaration.

[4] True and correct copies of these records are attached, respectively as Exhibits C and E to the Schrader Declaration.

[5] A true and correct copy of this filing is attached as Exhibit D to the Schrader Declaration.

[6] A true and correct copy of this filing is attached as Exhibit F to the Schrader Declaration.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21407429.1

PROOF OF SERVICE