UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., CHRISTOPHER REYNOLDS, JANE HOWARD-MARTIN, ERIC TAIRA, DIAN OGILVIE, ALICIA McANDREWS,<br><br>Defendants. | Case No. CV09-05429 GHK (RZx)<br><br>**[PROPOSED] ORDER GRANTING TOYOTA MOTOR SALES, U.S.A., INC'S MOTION FOR PRELIMINARY INJUNCTION PROHIBITING UNAUTHORIZED DISCLOSURE & DESTRUCTION OF PRIVILEGED & CONFIDENTIAL INFORMATION**<br><br>[Fed. R. Civ. Pro. 65; Local Rule 79-5]<br><br>[Notice of Motion and Motion; Memorandum of Points & Authorities; Declaration of David L. Schrader; Declaration of Alan B. Carlson; Request for Judicial Notice; and Filed Concurrently Herewith.]<br><br>Assigned to: Honorable George H. King<br><br>Date:     November 23, 2009<br>Time:    9:30 a.m.<br>Location: Dept. 650<br><br>Complaint Filed:          July 24, 2009<br>First Am. Cmpl. Filed:  Sept. 17, 2009 |

1  The Motion brought by defendants Toyota Motor Corporation, Toyota Motor
2  Sales, U.S.A., Inc., for preliminary injunction enjoining plaintiffs from making any
3  unauthorized disclosure or destruction of privileged and confidential Toyota
4  documents in their possession came on regularly for hearing before the Honorable
5  George H. King on November 23, 2009 at 9:30 a.m. in Courtroom 650 of the
6  above-captioned Court.  After consideration of the papers and arguments in support
7  of and in opposition to the Motion, and good cause appearing therefore, IT IS
8  HEREBY ORDERED that:

9  Defendants' Motion is GRANTED.

10  Plaintiffs are hereby enjoined from

11  (1) from disclosing, distributing, discarding, destroying or removing from the
12  jurisdiction of this Court any and all confidential, privileged or work product
13  documents, communications or information, including electronically stored
14  information, which Mr. Biller acquired or has knowledge of through his
15  employment as an attorney by Toyota and his legal representation of Toyota;

16  (2) from filing with this Court any document that contains or cites to
17  privileged and/or confidential documents or information of Toyota unless relief is
18  first sought and granted to file such document or information under seal in
19  accordance with the Local Rules of this; and

20  (3) from proceeding with this action until they have provided a full and
21  complete, detailed accounting of any and all documents, materials, information,
22  data and other compilations, whether in hard copy format or electronically stored,
23  belonging or relating to Toyota that were removed, copied, duplicated, downloaded,
24  forwarded or otherwise acquired by Mr. Biller or LDT.

25  IT IS SO ORDERED.

26  DATED: _____     _____
27                                              The Honorable George H. King
                                                UNITED STATES DISTRICT COURT JUDGE
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21407873.1                        1                  [PROPOSED] ORDER RE PRELIM. INJ.