E-FILED: **3/17/10**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, LITIGATION DISCOVERY & TRIAL CONSULTING, INC., a California corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>              Defendants. | Case No. CV09-05429 GHK (RZx)<br><br>[~~PROPOSED~~] **ORDER CONFIRMING AMENDED PRELIMINARY INJUNCTION AWARD**<br><br>**[Filed concurrently with Stipulation to Confirm Amended Preliminary Injunction Award.]**<br><br>Assigned to: Honorable George H. King<br><br>Complaint Filed:     July 24, 2009<br>First Am. Compl. Filed: Sept. 17, 2009 |

# **ORDER**

The Court having considered the foregoing stipulation filed by the parties and good cause appearing therefore, IT IS HEREBY ORDERED that:

The Amended Preliminary Injunction is CONFIRMED. As stated in the Amended Preliminary Injunction, Dimitrios P. Biller is HEREBY ORDERED to:

(1) Except as to communications with his attorney, and unless compelled to do so by valid legal process, refrain from disclosing, distributing, discussing or otherwise sharing (directly or indirectly) with any person or entity not affiliated with Toyota any and all confidential information relating to Toyota, which Mr. Biller acquired or has knowledge through his employment as an attorney for Toyota, including but not limited to the documents referred to as Confidential Toyota Documents which were contained within the four (4) boxes that Mr. Biller delivered to the clerk of the U.S. District Court for the Eastern District of Texas on or about October 1, 2009, and any and all copies of such documents within Mr. Biller's possession, custody or control, including but not limited to copies provided to Mr. Biller's attorneys.

(2) Not voluntarily encourage, cooperate with, or assist any third party in the pursuit of any legal or administrative action against Toyota.

(3) Instruct all persons who have acquired such information from Mr. Biller not to disclose, distribute, discuss or otherwise share (directly or indirectly) with any person or entity not affiliated with Toyota any and all confidential and/or privileged information relating to Toyota that they acquired from Mr. Biller, and to provide written confirmation of compliance with this provision of this Order to the Arbitrator within fourteen (14) days, identifying in that written confirmation the name and address of all such persons who were so advised.

///

///

///

1     (4) Immediately advise Toyota attorneys of any legal process issued to Mr.
2 Biller to obtain information related to Toyota.
3     IT IS SO ORDERED.

5 DATED:   3/17/10             [signature]
6                         The Honorable George H. King
                         UNITED STATES DISTRICT COURT JUDGE